# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-1788
_____

United States of America

*Plaintiff - Appellee*

v.

Davonte Andrews

*Defendant - Appellant*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: December 11, 2023
Filed: February 12, 2024
[Unpublished]
_____

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

After pleading guilty to distributing child pornography, *see* 18 U.S.C. § 2252(a)(2), (b)(1), Davonte Andrews received a 130-month prison sentence. He argues the sentence is substantively unreasonable because it is 10 months longer than what the parties jointly recommended.

We conclude otherwise, in large part because the district court[1] had no obligation to stick to the parties' recommendation. *See United States v. Gasaway*, 684 F.3d 804, 806, 808 (8th Cir. 2012) (affirming the substantive reasonableness of a sentence nearly double the government's request). Nor did it need to place greater weight on the mitigating factors than it thought they deserved. *See United States v. Moua*, 895 F.3d 556, 560 (8th Cir. 2018) (per curiam). The point is that, having decided to vary downward, the court had the discretion to decide how low to go. *See United States v. Matheny*, 42 F.4th 837, 847 (8th Cir. 2022). We accordingly affirm the judgment of the district court.

_____

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.